# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ROBINSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SGT. TIMONEON, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-00142-SMS PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE ANY CLAIMS UPON WHICH RELIEF MAY BE GRANTED<br><br>(Doc. 9)<br><br>ORDER COUNTING DISMISSAL AS A STRIKE UNDER 28 U.S.C. § 1915(G) |

　　　　Plaintiff Aaron Robinson, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 23, 2009.[1] On December 10, 2010, the Court dismissed Plaintiff's complaint for failure to state any claims, and ordered Plaintiff to file an amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). To date, Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

　　　　Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which

///
///
///

---

[1] Plaintiff was incarcerated when this suit was filed.

1

relief may be granted under section 1983.  This dismissal SHALL count as a strike under 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

**Dated:**   **February 3, 2011**                           /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE